IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.	CRIMINAL NO. 3:04cr55-TSL

TERRELL LAMONT DONELSON

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4).  The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants.  The parties agree that a sentencing reduction is appropriate in this case.  The Court concurs, and hereby ORDERS as follows:

(1)	The sentence is reduced from 121 to 120 months;

(2)	All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the  4th  day of  June,  2008.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

AGREED:

  /s/ Sandra G. Moses	  /s/ George L. Lucas
ASSISTANT U.S. ATTORNEY	DEFENSE COUNSEL